Morgan Lewis

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

**Sean P. Lynch**
Partner
+1.609.919.6611
sean.lynch@morganlewis.com

July 14, 2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Evelyn Cho v. Amazon Web Services, Inc. and Kevin Anderson, No. 26-cv-04288
Joint Request Set Deadline for Filing of Amended Complaint and Response, and
Adjournment of July 24, 2026 Initial Pretrial Conference

Dear Judge Woods:

On behalf of Defendants Amazon Web Services, Inc. and Kevin Anderson ("Defendants") and Plaintiff Evelyn Cho, we write to jointly request that the Court (1) order that Plaintiff's Amended Complaint be filed on or before July 15, 2026, (2) order that Defendants' response to the Amended Complaint be filed on or before July 29, 2025, and (3) adjourn the Initial Pretrial Conference scheduled for July 24, 2026 (ECF 7).

As noted in the initial Complaint, Plaintiff filed a Charge of Discrimination relating to her alleged Americans with Disabilities Act ("ADA") claims with the Equal Employment Opportunity Commission. She recently received a Notice of Right to Sue and she seeks to amend her Complaint to add ADA claims. Defendants consent to this amendment.

Plaintiff seeks leave to file her Amended Complaint on or before July 15, 2026, and Defendants propose a July 29, 2026 responsive pleading deadline. Given that the currently scheduled July 21 initial conference would fall before the pleadings are closed, the parties also respectfully request that the initial conference be adjourned and re-set for a date in the last two weeks of August, or otherwise at the Court's convenience subject to its availability. Such adjournment will permit Defendants sufficient time to investigate the underlying facts and allegations and respond to the Amended Complaint, and the parties sufficient time to meaningfully discuss the potential resolution of this matter and, if necessary, a proposed case management plan.

This is the first request for adjournment of the Initial Pretrial Conference and is not made for any improper purpose. Further, no party will be prejudiced by an adjournment of the Initial Pretrial Conference or the agreed-upon schedule for Plaintiff to file her Amended Complaint and Defendants to respond. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Sean P. Lynch*

Sean P. Lynch

cc: All counsel of record (via ECF)

Application granted in part. The initial pretrial conference is adjourned to August 21, 2026 at 3:00 p.m. The Court will not act on Plaintiff's request for leave to file an amended complaint. Any motion to amend requires that Plaintiff file a clean and redline copy of the amended complaint. *See* Local Civil Rule 15.1. Plaintiff may amend a complaint without leave of court with written consent of the opposing party. *See* Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.
Dated: July 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge